

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00294-CR

Vanessa **CAMERON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CR-4286C
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED, and the cause is REMANDED to the trial court for further proceedings consistent with the court's opinion.

SIGNED September 18, 2013

_____
Rebeca C. Martinez, Justice